The People of the State of New York v. William Armstrong.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Jacob M. Bierman.— Motion to dismiss appeal granted. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Samuel Geller.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Patrick Doran v. Rhinelander Waldo, as Commissioner of Police of the City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Sigmund Moses v. William J. Gaynor, as Mayor, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isak Greissman v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Franco-American Baking Company v. Herman Raub and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Bernard Cowen v. Sophie Bernard and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles A. Doelger and Others v. Herman H. Meyer.— Motion to dismiss appeal granted, with ten dollars costs. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Pasquale Cavallo v. People's Surety Company of New York.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frederick F. Eisemann v. Florence A. Hazard.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John Margies v. Clyde Steamship Company.—Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Flora L. Vose v. Joseph C. Conkling and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Traitel Marble Company v. Brown Brothers, Incorporated.— Motion denied, with ten dollars costs. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.